THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DANIEL S. GOODMAN (Cal. State Bar No. 126728)
Assistant United States Attorney
Deputy Chief, Criminal Division
   1200 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-4667
   Facsimile: (213) 894-0141
   E-Mail: daniel.goodman@usdoj.gov

Attorneys for Complainant
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
JAN 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>LUIS ARNOLDO FEUSIER MARQUEZ,<br><br>A Fugitive from the Government of Mexico. | No. 09-80M<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION |

    Upon consideration of the request of the United States for the detention of fugitive LUIS ARNOLDO FEUSIER MARQUEZ pending extradition proceedings, and good cause appearing therefor,

    IT IS HEREBY ORDERED that said request is GRANTED without prejudice. This order is based upon the following conclusions of law and findings of fact:

    1.    In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also Matter of Extradition of Smyth 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special circumstances rests upon the fugitive. See, e.g., Salerno, 878

1  F.2d at 317-18. Here, the Court finds that no such "special
2  circumstances" exist.
3       2.   Because the Court finds no special circumstances to
4  be present, it does not reach the issues of flight risk and
5  danger to the community.
6       IT IS SO ORDERED.
7  DATED: 1/29/09    , 2009

HONORABLE PATRICK J. WALSH
United States Magistrate Judge

Presented by:

THOMAS P. O'BRIEN
United States Attorney


DANIEL S. GOODMAN
Assistant United States Attorney